371 A.2d 1303

Copney, Appellant, v. Dorman.

Argued November 10, 1976. Edward Van Stevenson, Jr., for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

WATKINS, P. J., and JACOBS, J., dissent.

SPAETH, J., did not participate in the consideration or decision of this case.